IN THE U.S. DISTRICT COURT

FOR T~~HE~~ THE    DISTRICT

OF    MARYLAND

BRUD ROSSMANN, ESQ.
PLAINTIFF

v.    CIVIL No. ____

(1) THE KNOWN, UNNAMED CLERK, CIRCUIT
COURT, BALTIMORE CITY, MARYLAND; CIRCUIT
(2) COURT; COURTHOUSE; 100 N. CALVERT
STREET; SUITE 200; BALTIMORE, MD
(X)

FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 1 2025

AT ~~BALTI~~MORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEFENDANTS

# COMPLAINT

BRUD ROSSMANN, A FORMER
"OUTSTANDING" U.S. DEPARTMENT OF
JUSTICE ("USDOJ") "TRIAL ATTORNEY"
WITH CREDENTIALS THAT FAR EXCEED

PAGE 1 OF 12; 7/31/25

THAT, BRINGS THIS COMPLAINT.

BRAD ROSSMANN "BEAT" BOTH CHARGES OF WHICH HE WAS AWARE IN THE UNDERLYING CRIMINAL PROCEEDING IN THE LOCAL, BALTIMORE CITY, MARYLAND "DISTRICT COURT": "MARYLAND V. ROSSMAN; CASE NO. D-01-CR-25-077791; TRACKING # 251003068131; SID: 5684465".

HOWEVER, HE IS DEALING WITH

AN INCOMPOTENT AND CORRUPT DEFENSE COUNSEL, PROSECUTION, AND JUDGE: A DE FACTO FABRICATED "[ELECTRONIC COMMUNICATION] STALKING", CR 3-802) CHARGE WAS GRAFTED ON TO THE "LESSOR INCLUDED OFFENSE" "HARASSMENT" [EMAIL-MEANS-ONLY CASE] AT TRIAL WITHOUT NOTICE TO BRAD ROSSMANN. THE JUDGE CONVICTED ON THIS STILL MISDEMEANOR BASIS; WHICH, BY STATUTE, CAN BE PUNISHED BY UP TO

GREATER

PAGE 3 OF 12 ; 7/31/25

5 YEARS OF PRISON, THE ~~HOUSE~~
("APD")
ASST. PUBLIC DEFENDER, BRIAN LEVY,
VOLUNTEERED POST-TRIAL ON
7-8-25: "JUDGE ALDOUBY WILL
GIVE YOU 3 YEARS" WHEN BRAD
ROSSMANN WAS "RELEASED ON HIS
RECOGNIZANCE" BY D.C. SUPERIOR
COURT ERIC GLOVER IN THE RELATED
A "FUGITIVE" PROCEEDING! 202S
FUG 3274 !! ☐

    AVERY POTTS, ESQ., FORMER
ASSIGNED APD CHARACTERIZED THE

FN. II! | AVERY POTTS, ESQ., A.P.D.,
ON 6-23-25 STATED THAT HER PLEA NEGOT-
IATIONS WITH A.S.A. "TAYLOR MILLER" WENT
AT A "JAIL TIME" ~~OFF~~ OPENING BID BY
MILLER —— THE PLEA OFFER EVAPORATING
ON THE "TANTRUM" BY HER SUPERVISOR "JUSTIN
DICKMAN" PAGE 4 OF 12, 7/31/25
"EVEN 6 MONTHS WOULD BE INSANE" !!! (3 YEARS!!)

BROADLY DISLIKED, "HANG 'EM HIGH" JUDGE ALDOUBY THUS: "AN OUTRIGHT LIAR" WHO IS "OUT TO GET YOU".

SENTENCING OCCURS AUGUST 27, 2025.

BRAD ROSSMANN, ANTICIPATING THE JULY 8TH TRIAL ABOMINATION WITH NOWLY PRESIDING JUDGE DAVID ALDOUBY, ON JUNE 23RD, MOVED BAIL, PR RELEASE ON "FALSE" / "OUTRIGHT LIES" BASES. BASES (AGAIN, AVORY POTTS, CSO, ON 6-23-25)

FILED AN "EMERGENCY INTERLOCUTORY
APPEAL" WITH A PETITION FOR A
"TEMPORARY RESTRAINING ORDER"
("TRO") IN THE LOCAL APPELLATE
COURT, THE BALTIMORE CITY, MD
"CIRCUIT COURT".

He PREVIOUSLY FILED ~~AS~~

A NON-EMERGENCY "INTERLOCUTORY
APPEAL" IN THE CIRCUIT COURT
STARTING IN LATE MAY, 2025 WHEN
~~THE~~ (1) THE PROSECUTION REFUSED TO

PAGE 6 OF 12; 7/31/25

"NOLLE PROSEQUI" THE CLOSSLY,

PRIMA FACIE FRAUDS CR 3-805

(b)(i) (iii) AND CR 10-304(i)

CHARGES -- BOTH DISMISSED OVER

BY DAVID ALDOUBY ON BRUD

ROSSMANN'S MOTIONS 2/3 OF THE

WAY THROUGH TRIAL ON 7-8-25.

"AS A MATTER OF LAW".

AND, WITH THE ROTISLORIE

OF ROTATING LOCAL CITY JUDGES

(JOHNSON (5/8/25) THEN SKOLNIK

(5/29/25) THEN LYDIO _____ (6/5/25))

PAGE 7 OF 12; 7/31/25

REFUSES TO RULE ON BRUD
ROSSMAN'S MANY, REPEATED
"EMERGENCY MOTIONS" TO DISMISS
THE CHARGES ON SAID BASES --
OR AT LEAST TO HAVE A HEARING,

"A RUNAWAY TRAIN" IS NOT
THE HALF OF IT.   A "LYNCHING"
(MANY ATTORNEYS' OPINIONS!),
BY INCOMPETENCE -- AND THEN A
BIASED, POLITICAL HACK, "HANG 'EM
HIGH" IDIOT JUDGE, DAVID
ALDOUBY, WRONG ON EVERY MATERIAL

PROVISION OF APPLICABLE
RULES OF PROFESSIONAL CONDUCT,
JUDICIAL CONDUCT. ALTHOUGH
BOTH A JUDGE AND A LAWYER,
A MORON "OUT TO GET" BRAD
ROSSMANN, FOR LEVY, POTTS AND
A "HOST OF OTHERS.
        "ACCORDINGLY," THE CIRCUIT
COURT IS ALSO STAFFED BY (PERHAPS
BIASED) IDIOTS, WHEN "INTERLOCUTORY
APPEALS" OR "EMERGENCY" OR TRO
BASED IS REPORTED IN THE CIRCUIT
COURT CASE LAW ON LEXIS, THE

PAGE 9 OF 12 j 7/31/25

LOCAL BALTIMORE CITY, MD
CIRCUIT COURT CLERK HAS
CONSISTENTLY REFUSED BRUO
ROCCMANN'S "OF NECESSITY
AND DURESS" EMERGENCY, NON-
EMERGENCY "INTERLOCUTORY
APPEAL" FILINGS DOCKETING
ON THIS STATED ~~RATE~~ BASIS:
THE ABSENCE OF A CASE NUMBER!!

THERE CAN BE NO CASE
NUMBER IN SUCH CIRCUMSTANCES!!
A NO NOTICE OF APPEAL WAS

PAGE 10 OF 12; 7/31/25

LODGED IN THE DISTRICT COURT
BUT, OF COURSE, REMAINED, REMAINS
UNFORWARDED TO THE CIRCUIT
COURT. ON MULTIPLE OCCASIONS
AND SINCE 5-26-25 TO BE
PRECISE. □

PLAINTIFF, ACCORDINGLY,
SEEKS A "WRIT OF MANDAMUS"
ORDERING THE LOCAL BALTIMORE
CITY, MD CIRCUIT COURT TO
DOCKET BRUD ROSSMANN'S FILINGS,
OR, EQUIVALENT RELIEF.
"DECLARATORY JUDGMENT

FN. II: | SELECT PROOF IS APPENDED
HERETO. COVER LETTERS TO THE LOCAL CIRCUIT
COURT HAVE REPEATEDLY EXPLAINED THE
CIRCUMSTANCES, ALL TO NO AVAIL. AND, THE
CLERK OFFICE HAS ALSO RETURNED MANGLED
ORIGINAL FILINGS WITH MISSING PAGES; SCRAWLINGS
WRITTEN ON PAGE P1 OF 12 ; 7/31/25
SUCH FILINGS, ETC.

ACT " CONDITIONS UNDER 42 USC 1983 SATISFIED FOR SUCH PLEADING PURPOSES, NO BAR TO JURISDICTION OR SUCH RELIEF EXISTS.

BRUD ROSSMANN TEMPORARILY RESIDES AT : " BRUD ROSSMAN ; SID : 5684465 ; MRDCC : 3210 ; 550 E. MADISON ST. ; BALTIMORE, MD 21202 .

RESPECTFULLY SUBMITTED,

X _____

BRUD ROSSMANN, ESQ.

PAGE __12__ OF __12__ ; 7/31/25.